IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-10870

---

CURTIS MOORE,

Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

---

Appeal from the United States District Court
for the Northern District of Texas
(4:99-CV-960)

---

October 10, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Curtis Moore seeks a certificate of appealability from the denial by the district court of federal habeas relief from his state court conviction for capital murder and his sentence to death. Judge McBryde denied Moore relief in a detailed opinion and order filed July 13, 2000, and his request for certificate of appealability on August 14, 2000.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

We deny the request for a certificate of appealability and affirm the judgment below for essentially the same reasons stated in Judge McBryde's carefully written order denying relief.